| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| ☐ *Individual appearing without attorney*<br>☐ *Attorney for:* | **FILED & ENTERED**<br><br>**SEP 03 2024**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** johnson **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re: **CHARLIE DIMARIA & SON, INC.**, a California corporation,<br><br>)Debtor(s) | CASE NO.: 2:24-16760-VZ<br><br>CHAPTER: 11<br><br>**TO BE JOINTLY ADMINISTERED WITH**:<br><br>LEAD CASE NO.: 2:24-16757-VZ<br>CASE NO.:  2:24-16758-VZ<br>CASE NO.:  2:24-16759-VZ<br>CASE NO.:  2:24-16760-VZ<br>CASE NO.:  2:24-16761-VZ<br>CASE NO.:  2:24-16762-VZ |
|---|---|
| | **ORDER  ☒ GRANTING  ☐ DENYING MOTION TO APPROVE JOINT ADMINISTRATION OF CASES**<br><br>**[LBR 1015-1, 9013-1(q)]** |
| | [No Hearing Required] |

On (*date*) 8/26/2024, a motion was filed requesting approval of joint administration of cases identified in the caption above, with the lead case being In re MANNING LAND COMPANY, LLC, case number 2:24-16757-VZ

Having reviewed the motion, IT IS ORDERED :

1. **The motion is Granted and the caption included at pages 4-5 of the Motion is approved**.

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014* | Page 1 | **F 1015-1.1.ORDER.JOINT.ADMINISTRATION**

2. Promptly upon entry of an order granting a motion to approve joint administration:

   a) Using the mandatory court form, the movant must file a Notice of Joint Administration of Cases and Requirements for Filing Documents (Notice).

   b) To facilitate service of the Notice by NEF to registered CM/ECF users, the Notice must be filed in each case being jointly administered.

   c) The Notice must be served via United States mail on all creditors and interest holders in each case being jointly administered.

   d) To facilitate notice of documents sent by the court via the Bankruptcy Noticing Center, the movant must file in the lead case an amended master mailing list that contains the name and mailing address of all creditors and interest holders from each case being jointly administered.

3. Other:

###

Date: September 3, 2024

_____
Vincent P. Zurzolo
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*     Page 2     F 1015-1.1.ORDER.JOINT.ADMINISTRATION