| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leonard M. Shulman – Bar No. 126349<br>Ryan D. O'Dea – Bar No. 273478<br>Max Casal – Bar No. 342716<br>Brooke S. Thompson – Bar No. 349216 SHULMAN BASTIAN FRIEDMAN & BUI LLP<br>100 Spectrum Center Drive, Suite 600<br>Irvine, California 92618<br>Telephone: (949) 340-3400 - Facsimile: (949) 340-3000<br>lshulman@shulmanbastian.com;<br>rodea@shulmanbastian.com; mcasal@shulmanbastian.com;<br>bthompson@shulmanbastian.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Debtors | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

| In re:<br>MANNING LAND COMPANY, LLC, a California Limited Liability Company<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>In re: MANNING'S BEEF, LLC, a California Limited Liability Company;<br>In re: ADD ENTERPRISES, INC., a Delaware Corporation;<br>In re: CHARLIE DIMARIA & SON INC., a California corporation;<br>In re: RNCK, INC., a New York Corporation;<br>In re: SALVATORE ANTHONY DIMARIA, AKA SALVATORE A. DIMARIA, AKA SALVATORE DIMARIA, DBA DIMARIA CATTLE<br>Debtor(s) | LEAD CASE NO.: 2:24-bk-16757-VZ<br>CHAPTER: 11<br><br>JOINTLY ADMINISTERED WITH:<br>CASE NO.: 2:24-bk-16758-VZ<br>CASE NO.: 2:24-bk-16759-VZ<br>CASE NO.: 2:24-bk-16760-VZ<br>CASE NO.: 2:24-bk-16761-VZ<br>CASE NO.: 2:24-bk-16762-VZ<br>☐ See attached for additional Case Numbers |
| ☐ Affects All Debtors<br>☐ Affects: MANNING LAND COMPANY, LLC<br>☐ Affects: MANNING'S BEEF, LLC<br>☐ Affects: ADD ENTERPRISES, INC.<br>☐ Affects: CHARLIE DIMARIA & SON INC.<br>☐ Affects: RNCK, INC.<br>☐ Affects: SALVATORE ANTHONY DIMARIA, AKA SALVATORE A. DIMARIA, AKA SALVATORE DIMARIA, DBA DIMARIA CATTLE<br>Debtor(s) | **NOTICE OF JOINT ADMINISTRATION OF CASES AND REQUIREMENTS FOR FILING DOCUMENTS**<br><br>**[LBR 1015-1]**<br><br>[No Hearing Required] |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court, Central District of California.

TO: THE U.S. TRUSTEE AND ALL PARTIES IN THESE JOINTLY ADMINISTERED CASES: An order was entered on September 3, 2024 granting a motion to approve joint administration of cases pursuant to FRBP 1015 and LBR 1015-1, under the lead case indicated in the caption of this notice.

1. **Required Caption on Documents** – All documents filed must contain a caption in substantially the same format and content as the caption of this notice.

2. **Debtors Affected by a Filed Document** – All documents filed must indicate, by checking appropriate boxes, the debtor or debtors affected by the filed document.

3. **Filing Documents on Main Case Docket** – Unless indicated below in paragraph 4, all documents must be filed on the docket of the lead case indicated on the caption of this notice.

4. **Filing Proof of Claims on Docket of Individual Case** – Notwithstanding joint administration of these cases, creditors must file their respective proofs of claim as to the specific affected and applicable debtor using the case number and claim register for the specific affected and applicable debtor.

5. **Parties to File a Request to be Added to Courtesy NEF** – To facilitate notice and service of documents via Notice of Electronic Filing, all parties who previously electronically filed documents only in cases other than the lead case must promptly file in the lead case a Request to be Added to Courtesy Notice of Electronic Filings, using the court- approved form.

6. **Other**:

Date: September 4, 2024                                By:  /s/ Max Casal
                                                                              Signature

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court, Central District of California.

*December 2014*                                   Page 2                         **F 1015-1.1.NOTICE.JOINT.ADMINISTRATION**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 100 Spectrum Center Drive, Suite 600, Irvine, CA 92618.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF JOINT ADMINISTRATION OF CASES AND REQUIREMENTS FOR FILING DOCUMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) September 4, 2024  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) September 4, 2024 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
Charlie DiMaria & Son Inc.
Attn: Salvatore Anthony DiMaria
9531 Beverly Road
Pico Rivera, CA 90660

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| September 4, 2024 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE

**ADDITIONAL SERVICE INFORMATION (if needed):**

1. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

   - **Michael J Gomez     mgomez@frandzel.com, dmoore@frandzel.com**
   - **Miles D Grant     miles@grantandkessler.com**
   - **Alexander J Kessler     aj@grantandkessler.com, miles@grantlawyers.com**
   - **Kelly L Morrison     kelly.l.morrison@usdoj.gov**
   - **Leonard M Shulman     lshulman@shulmanbastian.com, bcabrera@shulmanbastian.com;yrivera@shulmanbastian.com**
   - **United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov**
   - **Gerrick Warrington     gwarrington@frandzel.com, achase@frandzel.com**
   - **Phillip Zunshine     phillip@grantandkessler.com**

2. **SERVED BY U.S. MAIL**

| | | |
|---|---|---|
| **Schedule F**<br>A&Q Forklift Service<br>Attn:  President/Manager<br>14527 Elmcroft Ave<br>Norwalk, CA  90650 | **Schedule F**<br>A&T Pallets, Inc<br>Attn:  President/Manager<br>1512 Date St<br>Montebello, CA  90640 | **Schedule F**<br>ABF Packing<br>Attn:  President/Manager<br>8758 S Hwy 377<br>Dublin, TX  76447 |
| **Schedule F**<br>ACJJM LLC<br>Attn:  President/Manager<br>2012 S Electric Ave<br>Alhambra, CA  91803 | **Schedule F**<br>Affordable Plastics & Packaging<br>Attn:  President/Manager<br>739 E Francis St<br>Ontario, CA  91761 | **Schedule F**<br>Alpine Pallet Solutions<br>Attn:  President/Manager<br>1310 Exposition Blvd<br>Los Angeles, CA  90018 |
| **Schedule F**<br>Amazon Capital Services<br>Attn:  President/Manager<br>PO Box 035184<br>Seattle, WA  98124-5184 | **Schedule F**<br>American Logistics Group<br>Attn:  President/Manager<br>PO Box 28685<br>New York, NY  10087 | **Schedule F**<br>American Scale Co. Inc.<br>Attn:  President/Manager<br>PO Box 158<br>San Dimas, CA  91773 |
| **Schedule F**<br>American Standard Adhesives<br>Attn:  President/Manager<br>5061 Brooks St Ste B<br>Monclair, CA  91763 | **Schedule F**<br>AMZ Packaging Inc.<br>Attn:  President/Manager<br>PO Box 58172<br>Vernon, CA  90058 | **Schedule F**<br>Ardent Law Group<br>Attn:  President/Manager<br>4340 Von Karman Ave<br>Newport Beach, CA  92660 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                           F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **Schedule F**<br>Atkinson, Anderson, Loya, Ruud & Romo<br>Attn: President/Manager<br>12800 Center Court Dr Ste 300<br>Cerritos, CA  90703 | **Interested Party**<br>Bank of America<br>Bank of America Corporate Center<br>100 N Tyron St<br>Charlotte, NC  28255 | **Interested Party**<br>Bank of America<br>c/o Registered Agent<br>Attn: The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange St<br>Wilmington, DE  19801 |
| **Schedule F**<br>Butcher's Pride Meat Group<br>Attn: President/Manager<br>8524 La Sierra Ave<br>Whittier, CA  90605 | **Schedule F**<br>C & O Mfg. Co., Inc.<br>Attn: President/Manager<br>9640 Beverly Rd<br>Pico Rivera, CA  90660 | **Schedule F**<br>C.C.I. a Chemical Corporation<br>Attn: President/Manager<br>3540 East 26th St<br>Vernon, CA  90058 |
| **Schedule F**<br>California Beef Council<br>Attn: President/Manager<br>PO Box 2278<br>Rocklin, CA  95677-2278 | **Schedule F**<br>California Gate and Entry Systems<br>Attn: President/Manager<br>1470 Hundley Street<br>Anaheim, CA  92806 | **Schedule F**<br>Caruso Trucking<br>Attn: President/Manager<br>PO Box 671<br>Richfield, UT  84701 |
| **Schedule F**<br>Center Valley Logistics Inc.<br>Attn: President/Manager<br>PO Box 42106<br>Bakersfield, CA  93384 | **Schedule F**<br>Certified Angus Beef LLC<br>Attn: President/Manager<br>206 Riffel Road<br>Wooster, OH  44691-8588 | **Schedule F**<br>CJ Data Com Inc.<br>Attn: President/Manager<br>8504 Firestone Blvd #430<br>Downey, CA  90241 |
| **Schedule F**<br>Compressor Parts & Repair<br>Attn: President/Manager<br>1501 North Peck Road<br>So. El Monte, CA  91733 | **Schedule F**<br>Consolidated Design West<br>Attn: President/Manager<br>PO Box 25549<br>Anaheim, CA  92825 | **Schedule F**<br>Crown Lift Trucks<br>Attn: President/Manager<br>PO Box 641173<br>Cincinatti, OH  45264-1173 |
| **Schedule F**<br>Cryovac, Inc.<br>Attn: President/Manager<br>26081 Network Place<br>Chicago, IL  60673-1260 | **Schedule F**<br>DB Sales & Service<br>Attn: President/Manager<br>11582 Markon Drive<br>Garden Grove, CA  92841 | **Schedule F**<br>DJ Hauling, Inc.<br>Attn: President/Manager<br>63 Valley Drive NE<br>Newark, OH  43055 |
| **Schedule F**<br>England Logistics<br>Attn: President/Manager<br>1325 S 4700 W<br>Salt Lake City, UT  84104 | **Schedule F**<br>FedEx<br>Attn: President/Manager<br>PO Box 7221<br>Pasadena, CA  91109-7321 | **Schedule F**<br>Fire Safety First<br>Attn: President/Manager<br>1170 E Fruit St<br>Santa Ana, CA  92701 |
| **Schedule F**<br>Flowtrace<br>Attn: President/Manager<br>5875 Rickenbacker Rd<br>Commerce, CA  90040 | **Schedule F**<br>Freeman Mathis & Gary LLP<br>Attn: Accounts Receivable<br>550 S Hope St Ste 200<br>Los Angeles, CA  90071-2627 | **Schedule F**<br>FSNS<br>Attn: President/Manager<br>PO Box 116438<br>Carrollton, TX  75011-6438 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **Schedule F**<br>Fuel Me<br>Attn: President/Manager<br>150 Harvester Dr Ste 140<br>Burr Ridge, IL  60527 | **Schedule F**<br>Global Equipment Company<br>Attn: President/Manager<br>29833 Network Place<br>Chicago, IL  60673-1298 | **Schedule F**<br>H. J. B. Inc.<br>Attn: President/Manager<br>4920 E Washington Blvd<br>City of Commerce, CA  90040 |
| **Schedule F**<br>Hantover<br>Attn: President/Manager<br>PO Box 776916<br>Chicago, IL  60677-6916 | **Schedule F**<br>Home Depot Credit Services<br>Attn: Dept 32-2535031995<br>PO Box 78047<br>Phoenix, AZ  85062-8047 | **Schedule F**<br>Industrial Formulators Inc.<br>Attn: President/Manager<br>15631 Graham Street Unit E<br>Huntington Beach, CA  92649 |
| **Schedule F**<br>Inner-Cool Refrigeration Inc.<br>Attn: President/Manager<br>7901 Somerset Blvd<br>Paramount, CA  90723 | **Schedule F**<br>Jack C Lund Trucking LLC<br>Attn: President/Manager<br>231 N 300 E<br>Orem, UT  84057 | **Schedule F**<br>Jarvis<br>Attn: President/Manager<br>33 Anderson Rd<br>Middletown, CT  06457-4926 |
| **Schedule F**<br>K & L Butcher Supply<br>Attn: President/Manager<br>PO Box 67<br>Corona, CA  92878-0067 | **Schedule F**<br>Kimball Midwest<br>Attn: President/Manager<br>Dept L-2780<br>Columbus, OH  43260-2780 | **Schedule F**<br>King Meat, Inc.<br>Attn: President/Manager<br>4215 Exchange Ave<br>Los Angeles, CA  90058-2604 |
| **Schedule F**<br>Liftech Elevator Services Inc.<br>Attn: President/Manager<br>2897 Gardena Ave<br>Signal Hill, CA  90755 | **Schedule D**<br>Lineage Logistics-Vernon<br>Attn: President/Manager<br>PO Box 734938<br>Dallas, TX  75373 | **Schedule D**<br>Linkun Investment, Inc.<br>Attn: Attn President<br>105 Balance<br>Irvine, CA  92618 |
| **Schedule D/Additional Notice**<br>Linkun Investment, Inc.<br>Attn: c/o Lewis Brisbois Bisgaard & Smith LLP<br>633 West 5th Street, Suite 4000<br>Los Angeles, CA  90071 | **Schedule F**<br>Mechanic Refrigeration Co., Inc.<br>Attn: President/Manager<br>5616 Corporate Ave<br>Cypress, CA  90630 | **Schedule F**<br>Merieux Certification<br>Attn: President/Manager<br>PO Box 7410296<br>Chicago, IL  60674 |
| **Schedule F**<br>Mettler-Toledo Safeline<br>Attn: President/Manager<br>22677 Network Place<br>Chicago, IL  60673-1226 | **Schedule F**<br>Michelson Laboratories<br>Attn: President/Manager<br>6280 Chalet Dr<br>Commerce, CA  90040-3704 | **Collection Attorney for Linkun Investment, Inc.**<br>Miles Grant, Esq.<br>Phillip A. Zunshine, Esq.<br>Attn: Grant & Kessler, APC<br>1331 India Street<br>San Diego, CA  92101 |
| **Schedule D/Notice Purposes**<br>North Mill Credit Trust<br>Attn: Attn President<br>81 Throckmorton Ave Ste 203<br>Mill Valley, CA  94941 | **Schedule F**<br>Pacific Coast Propane LLC<br>Attn: President/Manager<br>PO Box 0427<br>Rialto, CA  92377-0427 | **Schedule F**<br>Pallet Alliance<br>Attn: President/Manager<br>9413 Laurel St<br>Los Angeles, CA  90002 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                    F 9013-3.1.PROOF.SERVICE

**Schedule F**
Praesidio Consulting
Attn: President/Manager
1201 N 3rd St
Johnstown, CO 80534

**Schedule F**
Prime Foods
Attn: President/Manager
80 Seaview Blvd
Port Washington, NY 11050

**Schedule F**
Prime Pallet Solution
Attn: President/Manager
10745 Grand Ave
Ontario, CA 91762

**Schedule D/Schedule F**
Producers Livestock Marketing
Attn: Rick Obrien
P.O. Box 105
Salina, UT 84654

**Schedule F**
Protection America Inc.
Attn: President/Manager
PO Box 33073
Granada Hills, CA 91394

**Schedule F**
PSL Forever Co.
Attn: President/Manager
213 W Ramona Blvd
San Gabriel, CA 91776

**Schedule F**
Reladyne
Attn: President/Manager
PO Box 511578
Los Angeles, CA 90051-8133

**Schedule F**
Reliant Dry Ice Pacific, LLC
Attn: President/Manager
PO Box 670608
Dallas, TX 75267-0608

**Schedule F**
RKR Distributors
Attn: President/Manager
12450 Philadelphia St
Eastvale, CA 91752

**Schedule F**
Rose's Boiler Works, Inc.
Attn: President/Manager
7439 La Palma Ave #128
Buena Park, CA 90620

**Schedule F**
Royal Packaging
Attn: President/Manager
16761 Burke Lane
Huntington Beach, CA 92647

**Schedule F**
Scottlynn USA Division Inc
Attn: President/Manager
9597 Gulf Research Lane
Fort Myers, FL 33912

**Additional Notice**
Severson & Werson
Attn: Lisamarie McDermott
19100 Von Karman Ave Ste 700
Irvine, CA 92612

**Schedule F**
Soft N Ro Inc.
Attn: President/Manager
1164 Atlanta Way
Costa Mesa, CA 92626

**Schedule F**
Sonsray
Attn: President/Manager
PO Box 51173
Los Angeles, CA 90051

**Schedule F**
South Coast Container Corporation
Attn: President/Manager
14715 Industry Circle
La Mirada, CA 90638-5818

**Schedule F**
Sprague Pest Solutions
Attn: President/Manager
PO Box 35129
Seattle, WA 98124

**Schedule F**
Stiles Animal Removal, Inc.
Attn: President/Manager
2107 S Milliken Ave
Ontario, CA 91761

**Schedule F**
Straight Forwarding, Inc.
Attn: President/Manager
20275 Business Pkwy
City of Industry, CA 91789

**Schedule F**
Stump Power & Electric Corp.
Attn: President/Manager
3432 E 15th St
Los Angeles, CA 90023

**Schedule F**
Sunrise Packaging Material
Attn: President/Manager
440 Quadrangle Dr Ste H
Bolingbrook, IL 60440

**Schedule F**
TDI Refrigeration
Attn: President/Manager
10241 Trademark Street
Rancho Cucamonga, CA 91730

**Schedule F**
Terminix Commercial
Attn: President/Manager
PO Box 802155
Chicago, IL 60680-0

**Schedule F**
Thompson Industrial Supply
Attn: President/Manager
PO Box 1029
Rancho Cucamonga, CA 91729-1299

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                F 9013-3.1.PROOF.SERVICE

| | | |
|---|---|---|
| **Schedule F**<br>TQL<br>Attn:  President/Manager<br>PO Box 634558<br>Cincinnati, OH  45263 | **Schedule F**<br>Tremco Corp.<br>Attn:  President/Manager<br>3735 Green Road<br>Beachwood, OH  44122-5730 | **Schedule F**<br>USDA FSIS<br>Attn:  President/Manager<br>PO Box 979001<br>St. Louis, MO  63197-9001 |
| **Schedule F**<br>USDA, AMS, Livestock<br>Attn:  President/Manager<br>PO Box 790304<br>St. Louis, MO  63179 | **Schedule F**<br>Vestis<br>Attn:  President/Manager<br>PO Box 101179<br>Pasadena, CA  91189 | **Schedule F**<br>Williams Scotsman, Inc.<br>Attn:  President/Manager<br>PO Box 91975<br>Chicago, IL  60693-1975 |
| **Notice Purposes**<br>Employment Develop Dept<br>Bankruptcy Group MIC 92E<br>PO Box 826880<br>Sacramento, CA  94280 | **Notice Purposes**<br>Franchise Tax Board<br>Bankruptcy Section MS A-340<br>PO Box 2952<br>Sacramento, CA  95812 | **Notice Purposes**<br>Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101 |
| **Notice Purposes**<br>LA County Tax Collector<br>Attn:  Bankruptcy Unit<br>PO Box 54110<br>Los Angeles, CA  90051 | **Notice Purposes**<br>Los Angeles City Clerk<br>PO Box 53200<br>Los Angeles, CA  90053 | **Notice Purposes**<br>Securities & Exchange Commission<br>444 S Flower St Ste 900<br>Los Angeles, CA  90071 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**